IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUZ NEREIDA CORTES LOPEZ

XXX-XX-5101

Debtor(s)

CASE NO. 11-06139 BKT
Chapter 13

**FILED & ENTERED ON 09/30/2011**

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: Objection to debtor's claim of exemptions, filed by Trustee, docket #9.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30 day of September, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
ALEJANDRO OLIVERAS RIVERA