STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**LUZ NEREIDA CORTES LOPEZ**　　　　　　　　　　　　Case No.　11-06139-BKT

　　　　　　　　　　　　　　　　　Chapter 13　　Attorney Name:　JUAN O CALDERON LITHGOW*

| I. Appearances | | | | Date & Time: 10/6/2011 1:39:00PM |
|---|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | | [X] R　　[ ] NR　　LV: 0.0 |
| Joint Debtor | [ ] Present | [ ] Absent | | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | | Creditors: |
| [ ] Prose | | | | none |
| [ ] Substitute | | | | |

**II. Oath Administered**
　　　[X] Yes　　　　　　[ ] No

**III. Plan**

Date:　07/19/2011　　　　Base:　$3,600.00　Payments 2 made out of 2 due.

**Confirmation Hearing Date:**　　10/14/2011　2:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

　　$3,000.00　-　$600.00　=　$2,400.00

**IV. Status of Meeting**

[ ] Closed　　　　[ ] Not Held　　　　[ ] Held/Continued

[X] Held/Not Closed: This meeting is held open until 10/17/2011 pursuant 1308. After this date the meeting is deemed CLOSED.

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:　[ ] Appear:　[ ] Commence payments

[ ] Keep payments current　[ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**LUZ NEREIDA CORTES LOPEZ**　　　　　　　　　Case No.　11-06139-BKT

　　　　　　　　　　　　　　　　Chapter 13　　Attorney Name:　JUAN O CALDERON LITHGOW*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test | 　　[ ] State  -  years |
| [ ] Insuarence quote | 　　[ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | 　　[ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | 　　[ ] Premises |
| | 　　[ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [X] Evidence of income | |
| 7/15; 6/30 ;6/15; 5/30 | |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**LUZ NEREIDA CORTES LOPEZ**  Case No.  **11-06139-BKT**

Chapter 13  Attorney Name:  **JUAN O CALDERON LITHGOW***

**COMMENTS**

**Note:Tax returns: State (07-09) shown; for 2010 shown however stamp but not legilbe.**

**Submit certification of having filed 2010 tax return**

**Note: Debtor is currently separated.**

**Amend plan to clarify Liquidation Value.  Debtor discloses a liquidation value of 13,375.00**

**Note:Trustee's objection to exemptions granted.**

**Amend schedule "I" to disclose all of the deductions made to debtor.  Also amend such schedule to delete 100.00 child support income, since debtor avers that she does not received this income.**

**Note: No child support has been established; nor state court proceeding has been filed to request child support payments.**

**Amend schedule "B" to delete vehicle listed, as per debtors testimony she does not use this car and it is under spouses name.**

**Delete tax refund language from plan.**

**Plan does not provide for POC #4 filed by AEELA; amend plan accordingly. include provision for AEELA (savings and dividends).**

<u>**s/Pedro R Medina**</u>  Date:  **10/06/2011**

**Trustee/Presiding Officer**  (Rev. 02/11)